UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

FEDERAL HOME LOAN MORTGAGE      :
CORPORATION,                    :
                                :
      Plaintiff,              :
                                :
    v.                        :   No. 2:16-cv-04027
                                :
JOHNNY YOUNG,                   :
                                :
      Debtor-in-Possession.   :
_____

**O R D E R**

    **AND NOW,** this 27th day of March, 2017, upon consideration of the Briefs of Appellant and Appellee, it is hereby **ORDERED** that the bankruptcy court's Order of July 6, 2016, dismissing the case, is **AFFIRMED** in its entirety.

    The Clerk is directed to mark this case **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge